NO. 00222     <<< FEE >>>     TRANSCRIPT OF JUDGMENT     <<< FEE >>>

| JUDGMENT DEBTOR | | | | JUDGMENT CREDITOR | ATTORNEY FOR JUDGMENT CREDITOR |
|---|---|---|---|---|---|
| SURNAME | GIVEN NAME | PROFESSION | LAST KNOWN ADDRESS | NAME AND ADDRESS | NAME AND ADDRESS |
| 01 ABRAHAM | GIDEON | | 257 CENTRAL PARK WEST<br>NEW YORK NY 10024 | A)KERA & GRAUBARD<br>71-18 MAIN STREET<br>FLUSHING NY 11367 | SELF REPRESENTED |

2019 JUL 26 AM 10:48 FILED COUNTY CLERK N.Y. COUNTY

| JUDGMENT DOCKETED | JUDGMENT RENDERED | AMOUNT OF JUDGMENT |
|---|---|---|
| DATE: 07/23/2019 | COURT: CIVIL COURT | |
| | COUNTY: QUEENS | DAMAGES |
| HR & MIN: 04:33 | INDEX NO: 300225-17 | COST |
| | DATE: 07/18/2019 | TOTAL $94,623.04 |
| | HR & MIN: 16:35 | |

| EXECUTION | SATISFIED | |
|---|---|---|
| WHEN ISSUED | WHEN | HOW AND TO WHAT EXTENT |

STATE OF NEW YORK
COUNTY OF QUEENS

     I, AUDREY I. PHEFFER, CLERK OF THE COUNTY OF QUEENS, HEREBY CERTIFY THAT THE ABOVE IS A CORRECT TRANSCRIPT FROM THE DOCKET OF JUDGMENTS IN MY OFFICE.

IN TESTIMONY WHEREOF, I HAVE HERE UNTO SET MY NAME AFFIXED MY OFFICIAL SEAL THIS _____ DAY _____ JUL 23, 2019

COUNTY CLERK, QUEENS COUNTY

PAGE: 1

-------------------------------------------------------------------------------------
S:   DATE AND MANNER OF CHANGE OF STATUS OF JUDGMENT

07/23/2019 INDEX #TS-300225-17/QU
          DEBTOR ADDRESS: 257 CENTRAL PARK WEST, APT. 9B-C2, NEW YORK, NY
          10024-4103

STATE OF NEW YORK
COUNTY OF QUEENS

          I, AUDREY I. PHEFFER,   CLERK OF THE COUNTY OF QUEENS, HEREBY CERTIFY THAT THE ABOVE IS A
CORRECT TRANSCRIPT FROM THE DOCKET OF JUDGMENTS IN MY OFFICE.

IN TESTIMONY WHEREOF, I HAVE HERE UNTO SET MY NAME AFFIXED MY OFFICIAL SEAL THIS      DAY     JUL 23, 2019

                                                            COUNTY CLERK, QUEENS COUNTY

HON. AUDREY I. PHEFFER
COUNTY CLERK, QUEENS COUNTY
88-11 SUTPHIN BLVD.
JAMAICA, N.Y. 11435

---

NO.    00222

DATE   07/23/2019

DOCKET ABRAHAM        GIDEON

CTRL #2364363

PLEASE FILEMARK, FOLD AND
RETURN TO ISSUING COUNTY

---